| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>James D. Zhou SBN# 201385<br>Law Office of Zhou and Chini<br>6 Jenner, Ste. 250<br>Irvine, CA 92618<br>Phone: 949-485-4650<br>Fax: 949-484-4907<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 08 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY smith    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*RIVERSIDE* DIVISION**

| In re:<br><br>DENNIS JOHN SHAW<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:11-BK-10048-MJ<br>CHAPTER: 13<br><br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 3/28/2011<br>TIME:1:30 pm<br>COURTROOM:301<br>PLACE:3420 Twelfth St., Riverside CA 92501 |
|---|---|

**NAME OF CREDITOR HOLDING JUNIOR LIEN:  ASSEST RECOVERY CENTER INVESTMENT**

1. The Motion was:   ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

   *Street Address:*     *8328 SPRING DESERT PLACE #H*
   *Unit Number:*
   *City, State, Zip Code:*     RANCHO CUCAMONGA, CA 91730

   Legal description or document recording number (including county of recording):

   ☒ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010      Page 1      **F 4003-2.4.ORDER**

securing the debt against the Subject Property, which will be treated as indicated:

  a. <u>BAC HOME LOANS SERVICING</u>  in the amount of $ <u>252,242.00</u>.

  b. <u>ASSESTS RECOVERY CENTER INVESTMENT</u> in the amount of $ <u>22,565.00</u>  ☒ is ☐ is not   to be avoided;

  c. <u>Name of holder of 3rd lien</u>  in the amount of $ <u>Amount of lien</u> ☐ is ☐ is not   to be avoided;

  ☐ See attached page for any additional encumbrance(s).

4. The motion is:

  a. ☐ DENIED  ☐ with  ☐ without   prejudice, on the following grounds:

     1. ☐   Based upon the findings and conclusions made on the record at the hearing
     2. ☐   Unexcused non-appearance by Movant
     3. ☐   Lack of proper service
     4. ☐   Lack of evidence supporting motion
     5. ☐   Other (specify):

  b. ☒ GRANTED on the following terms:

     i. The Subject Property is valued at no more than $ <u>127,000.00</u> based on adequate evidence.

     ii. This avoidance of the respondent's junior lien is effective upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

     iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

     iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

     v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

     vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

     vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                              Page 2                                       **F 4003-2.4.ORDER**

    viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

    ix. ☐ See attached continuation page for additional provisions.

###

DATED: February 8, 2012

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                         Page 3                                         **F 4003-2.4.ORDER**

Legal Description.

## Exhibit A
**Reference** #: 20060067100370
Acct#: 0650-550-0357474·-1998
A CONDOMINIUM COMPRISED OF: PARCEL 1: UNIT NO. 16, CONSISTING OF CERTAIN
AIRSPACE AND SURFACE ELEMENTS AS SHOWN AND DESCRI8Eo **IN** THE CONDOMINIUM
PLAN FOR PHASE 1 OF MEADWooD VILLAGE I' Pl.AN') RECORDED ON DECEMBER 18,
1985, AS INSTRUMENT NO 85-322891 OF OFFICIAL RECORDS OF SAID COUNTY
PARCEL 2: AN UNDIVIDED ONE-THIRTY SECOND *(1/321* FEET SIMPLE INTEREST AS A
TENANT IN COMMON IN AND TO ALL OF THE REAl. PROPERTY, INCLUDING WITHOUT
LIMITATION, THE COMMON AREAS DEFINED IN THE DECLARATION RECORDED DECEMBER
18, 1985 AS INSTRUMENT NO. 85-322902 OF OFFICIAL RECORDS OF SAN 8ERNARDINO
COUNTY, CALIFORNIA, IN LOTS 2 AND 13 OF TRACT 12040 AS SHOWN ON A
SU8olVISIoN MAP RECORDED ON FEBRUARY 15, 1983, IN BOOK 164, PAGES 81 TO
83, INCLUSIVE OF MAPS ANO AMENOED IN 800K 181, PAGES 82 TO 84 INCLUSIVE
OF MAPS OF SAID COUNTY. PARCEL 3: NONEXCLUSIVE EASEMENTS FOR ACCESS,
INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT,
MA INTENANCE, REPA IRS AND FOR OTHER PURPOSES ALl. AS SHOWN IN THE PLAN AND
AS oESCRI8Eo IN THE DECLARATION, INCLUDING WITHOUT LIMITATION AND A
NONEXCLUSIVE EASEMENT FOR INGRESS TO AND EGRESS FROM THE 'ASSOCIATION
PROPERTY OEFINED AS LOT 1, TRACT 12040 IN THE DECLARATION REFERRED TO
A80VE PARCEL 4: A NONEXCLUSIVE EASEMENT FOR INGRESS AND EGRESS FOR THE
COMMON AREAS LOCATED IN ANY PHASE OF DEVELOPMENT ANNEXED TO LOTS 2 AND 13,
SUCH EASEMENT IS APPURTENANT TO PARCEL NOS 1 AND 2 DESCRI8ED A8DVE SHALL
8ECoME EFFECTIVE AS TO EACH OF SUCH PHASE UPON THE CLOSE OF ESCROW OF THE
SALE OF A CONDOMINIUM IN SUCH PHASE THE COMMON AREAS REFERRED TO HEREIN
AS TO EACH PHASE SHALL 8E DESCRIBED IN THE DECLARATION AND **IN** THE NOTICE
OF ADDITION OF TERRITORY AND CONDOMINIUM PLAN DR PLANS FOR EACH OF SUCH
PHASES EXCEPTING THEREFROM ANY RESIDENTIAL 8UILDINGS THEREON
EQEXAI (12/2003)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 4    **F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/7/2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **2/7/2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
HONORABLE MEREDITH A JURY
3420 Twelfth Street, Suite 325/Courtroom 301
Riverside, CA 92501

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/7/2012 | Ron Chini | /s/ Ron Chini |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/7/2012**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Rod (MJ) Danielson (TR)    notice-efile@rodan13.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- James D Zhou    jzhou@zhouchinilaw.com, zclawbeth@gmail.com;rchini@zhouchinilaw.com;ggarcia@zhouchinilaw.com;ajafroudi@zhouchinilaw.com
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* — Page 6 — **F 4003-2.4.ORDER**